# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CODY CHESTANG, | : | |
| Plaintiff, | : | |
| vs. | : | CA 06-0369-BH-C |
| JO ANNE B. BARNHART, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 14, 2006 (Doc. 11) is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of January, 2007.

                                                                                              s/ W. B. Hand
                                                                       SENIOR DISTRICT JUDGE