## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CODY L. CHESTANG,                   :

    Plaintiff,                :

vs.                                 :      CA 06-0369-BH-C

MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,
                                    :
    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 20, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 11th day of April, 2007.

                                                     s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE